09-4418-cv
The Merit Group, LLC v. Sint Maarten Int'l Telecomm. Servs., NV

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to summary orders filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the twenty-sixth day of May, two thousand and ten.

PRESENT:

JOSÉ A. CABRANES,
ROBERT A. KATZMANN,
DENNY CHIN,
   *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THE MERIT GROUP, LLC,

  *Plaintiff-Appellant*,

   -v.-            No. 09-4418-cv

SINT MAARTEN INTERNATIONAL TELECOMMUNICATIONS SERVICES, NV, and THE TELEM GROUP, NV,

  *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| **FOR PLAINTIFF-APPELLANT:** | LEONARD N. FLAMM, New York, NY. |
| **FOR DEFENDANTS-APPELLEES:** | CHRISTOPHER J. KLATELL (David B. Goldstein, *of counsel*) Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., New York, NY. |

Appeal from a September 26, 2009 judgment of the United States District Court for the Eastern District of New York (George B. Daniels, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be **AFFIRMED**.

Plaintiff-appellant The Merit Group, LLC ("plaintiff") appeals from the District Court's order dismissing its complaint and denying its cross-motion for leave to amend in plaintiff's action to recover fees pursuant to a financial services agreement entered into with defendants-appellees Telecommunications Services, NV, and The Telem Group, NV (jointly "defendants"). Plaintiff claims on appeal that the District Court erred in (1) dismissing plaintiff's claim that the implied covenant of good faith and fair dealing required defendants to pay plaintiff a fee, and (2) denying plaintiff leave to amend its complaint. We were informed at oral argument that plaintiff is not asserting the breach of contract claim on appeal, so we will not address it here. We assume the parties' familiarity with the remaining facts, procedural history, and issues on appeal.

We review *de novo* the District Court's decision dismissing a complaint pursuant to Rule 12(b)(6), *see Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002). "To survive dismissal, [a] plaintiff must provide the grounds upon which his claim rests through factual allegations sufficient 'to raise a right to relief above the speculative level.'" *ATSI Comm'ns, Inc. v. Shaar Fund, Ltd.*, 493 F.3d 87, 98 (2d Cir. 2007) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). We review the District Court's denial of leave to amend a complaint for "abuse of discretion." *See, e.g.*, *Jin v. Metro. Life Ins. Co.*, 310 F.3d 84, 101 (2d Cir. 2002). "A district court has abused its discretion if it based its ruling on an erroneous view of the law or on a clearly erroneous assessment of the evidence, or rendered a decision that cannot be located within the range of permissible decisions." *Sims v. Blot*, 534 F.3d 117, 132 (2d Cir. 2008) (internal quotation marks, citations, and alterations omitted).

After conducting an independent review of the record and case law, we conclude, substantially for the reasons stated in the well-reasoned decision and order of the District Court, *The Merit Group, LLC v. Sint Maarten Int'l Telecomm. Servs., NV*, No. 08-cv-3496, 2009 WL 3053739 (S.D.N.Y. Sept. 24, 2009), that the District Court did not improperly dismiss plaintiff's complaint and did not err in denying plaintiff leave to amend on its cross-motion.

## CONCLUSION

We have considered each of plaintiff's arguments on appeal and find them to be without merit. For the reasons stated above, we AFFIRM the judgment of the District Court.

FOR THE COURT,

Catherine O'Hagan Wolfe, Clerk of Court